# Notice Recipients

District/Off: 0207−1    User: admin    Date Created: 9/5/2024
Case: 1−24−43670−jmm    Form ID: 764    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Fraleg Kusciuszko Corp    45 Main Street    Suite 518    Brooklyn, NY 11201
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408

TOTAL: 2